**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CODY NICHOLS, an individual,<br><br>           Plaintiff,<br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST, as Trustee for Morgan Stanley Loan Trust 2006-HE4, an entity of unknown form; DECISION ONE MORTGAGE COMPANY, LLC, a North Carolina Limited Liability Company, and DOES 1-10, inclusive,<br><br>           Defendants. | Civil No.07cv2039 L (NLS)<br><br>**NOTICE AND ORDER SETTING** *TELEPHONIC* **SETTLEMENT DISPOSITION CONFERENCE** |

    The parties informed the Court that they have reached a settlement in this matter. Therefore, the Court **VACATES** the Case Management Conference set for March 14, 2008 and **SETS** a *telephonic* Settlement Disposition Conference for this matter on *<u>**February 15, 2008, at 9:30 a.m.**</u>* before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the parties file the appropriate dismissal papers before that time.

    **IT IS SO ORDERED.**

DATED: January 18, 2008

                                               Hon. Nita L. Stormes
                                               U.S. Magistrate Judge